MIE AO 442 (Rev. 12/19) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern    District of   Michigan

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.    15-CR-20077-08 |
| **RIGGINS, Jesse Desean**<br>*Defendant* | | |

F I L E D
MAY 3 1 2023
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jesse Riggins                                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court by United States Probation
Officer Mark T. Burchell, 313-234-5478:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☒ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
Traveling out of district without permission
Failure to follow instructions
Failure to comply with restitution and financial conditions.

Date:     April 13, 2023

**s/Bernard A. Friedman**
*Issuing officer's signature*

City and state:    Detroit, Michigan

Bernard A. Friedman, United States District Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  5/10/23        , and the person was arrested on *(date)*  5/10/23
at *(city and state)*   Romulus, MI

Date:  5/10/23

*Arresting officer's signature*

TFO BRYAN Gilbert
*Printed name and title*