Dajuan Marcellus
CR:20077-BAF-DRG-1
CR: 15-CR-20077-BAF-DRG-1

FILED
JUL 25 2023
CLERK'S OFFICE
DETROIT

To whom may concern my name is Dajuan Marcellus my federal # 45281039 I am currently housed in Livingston County Jail were an illegally ran federal Investigation is being conducted. All my due process rights have been violated. The staff has utilized there phone system IC solutions to play my conversations to inmates they have strategically placed all around me. The staff has manipulated there sercurity rounds to control the camera vantage point. They have commuicated with the inmates involved through the kiosk on when the security rounds will be conducted and where they need to be to make it seem as if me and them are talking or some type of commication is being had. The Staff have violated the phone agreement that was made when you agree to use ic solutions. They have put every person housed on this unit lives and Health in Jeopardy by not conducting timely rounds because of an unfavorable camera angle or vantage point. They have been conducting false rounds not clicking the smart censers placed on the walls with they are required to do. Bringing the cameras to real time

Staff has not excluded other people working for Livingston county from partitpanting nurses have been asked to alter how they pass out meds. They've been told to stand certain ways to manilupulate the camera vantage point. Facility workers who do maintaince on the building have brought in outside cell phones and tried to record still images, take pictures so they could run the camera on a loop. I have been denied medical and mental health treatment. I have heard the informonts involved openly brag about how they're going to set me up and how there info that is being given to them will be utilized. The hearsay clause they plan on using proximity as well. My knowledge of this ongoing "undercover investigation has made it extremely hard for inmates and staff involved to suceed. So they have resorted to more and more illegal tactics to entrap me. Livingston County Jail has illegally intervened and meddled in a ongoing investigation violating my Due process rights. illegally playing my conversations, coordnating with inmates housed in my unit that they strategyly placed around me to entrap.

DaJuan Marcellus # 45281039

*[signature]*

7/20/23 1:39 pm

Subscribed & sworn before me DaJuan Marcellus this 20th day of July 2023.

*[signature: Leah M. Morcom]*

**Leah M. Morcom**
**Notary Public**
**Livingston County, Michigan**
**My commission expires:**
**December 1, 2029**

INMATE N
LIVINGST.
150 HIGH
HOWELL

CORRESPONDENCE

7004 1160 0002 230_

CERTIFIED MAIL

Priviledge
Legal

3381039

GRAND RAPIDS MI
21 JUL 2023

US court clerk
231 W Lafeyette blvd
Det, MI 48226

48226-270099